# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00190-CV

**Rosalind Isaac, Appellant**

**v.**

**Midfirst Bank, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 14-0056-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant Rosalind Isaac seeks to appeal the county court's judgment in a forcible-detainer suit. *See* Tex. Prop. Code § 24.002. On November 14, 2014, Isaac filed an "emergency motion to remove writ of possession." In effect, Isaac requests that we suspend enforcement of the county court's judgment of possession pending her appeal. The motion is denied. *See id.* § 24.007 (judgment of county court in eviction suit may not be stayed unless appellant timely files supersedeas bond in amount set by county court); Tex. R. App. P. 24.2 (procedures for lowering bond amount).

It is so ordered on November 17, 2014.

Before Justices Puryear, Pemberton, and Field